## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

        vs.                              Cr. No. 99-020-04 (HL)

**Delfin Aponte-Morales**
a.k.a. "Junior"

_____

## MOTION FOR EARLY TERMINATION

**TO THE HONORABLE HECTOR M. LAFFITTE**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully submits as follows:

    1. That a supervision status report and early termination stance are hereby presented pursuant to a request from the Middle District of Florida Probation Services dated September 13, 2005.

    2. That Mr. Aponte-Morales was sentenced on January 4, 2000, to serve a fifty-seven (57) month imprisonment term after having pled guilty to violating Title 21 U.S. Code, Section 846. This sentence to be followed by a four (4) year supervised release term. A special monetary assessment in the amount of $100 was imposed in addition to participation in a mental health program for an evaluation and/or treatment, as well as, compliance with all other standard and special conditions were imposed. On May 10, 2002, he was released from the custody of the Bureau of Prisons to begin the imposed term of supervised release.

    3. That he has complied with all of the imposed special conditions and has satisfied all

financial obligations.

    4.  That he has been gainfully employed throughout the term of supervision.

    5.   That he had no aggravated role in the offense of conviction.

    6.   That there is no identifiable risk to the safety of any identifiable victim or to the public in general.

    7.   That at no time has he been suspected of dubious behavior as confirmed by police record checks and community contacts that have been established throughout his term of supervision.

    8.  That the offender has had an acceptable adjustment while on supervision, as such, the U.S. Probation Office will entertain early termination at this time.

**WHEREFORE,** after having considered all presented facts in this case, it is this officer's recommendation that the offender be granted early termination.

In San Juan, Puerto Rico, this 20th day of October 2005.

                                                Respectfully submitted,

                                                EUSTAQUIO BABILONIA, CHIEF
                                                U.S. PROBATION OFFICER

                                                <u>S/Malissa Aponte</u>
                                                U.S. Probation Officer
                                                Federal Office Building
                                                150 Ave Carlos Chardón, Rm 400
                                                San Juan PR  00918-1741
                                                787-294-1648
                                                787-766-5945 (Fax)
                                                Malissa_Aponte@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mark Irish, Assistant U.S. Attorney and Rachel Brill, Esquire.

                                                S/Malissa Aponte
                                                U.S. Probation Officer
                                                Federal Office Building
                                                150 Ave Carlos Chardón, Rm 400
                                                San Juan PR  00918-1741
                                                787-294-1648
                                                787-766-5945 (Fax)
                                                Malissa_Aponte@prp.uscourts.gov